UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMEGA SHIPMANAGEMENT INC., and
FRIENDS CAPITAL LTD.,

                                  Petitioners,

-against-

KOLMAR AMERICAS INC.,

                                  Respondent.

Case No. 1:25-cv-10467 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 18, 2025, Petitioners Omega Shipmanagement Inc. ("Omega") and Friends Capital Ltd. ("Friends") filed a petition for a declaratory judgment that they are not bound by any agreement to arbitrate disputes with Respondent. Petitioners have not yet docketed an affidavit of service. Accordingly, it is hereby ORDERED that Petitioners shall docket forthwith a certificate of service proving that Petitioners properly served Respondent.

It is further ORDERED that Respondent shall file and serve any opposition to the petition by **January 15, 2026**. Petitioners' reply, if any, shall be filed and served by **January 22, 2026**. At the time their reply is filed and served, Petitioners shall supply to Chambers a courtesy hard copy of the parties' filings, marked as such, by mailing or delivering them to the Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York, New York, New York.

Finally, it is hereby ORDERED that **Petitioners (1) serve upon Respondent a copy of this Order, and (2) file proof of such service with the Court**.

SO ORDERED.

Dated: December 18, 2025
           New York, New York

_____
JENNIFER L. ROCHON
United States District Judge