CHRYSLER BUILDING
405 LEXINGTON AVE., 26TH FLOOR
NEW YORK, NY 10174
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

TISDALE & NAST
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

September 22, 2026

***Via ECF***

The Honorable Judge Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**RE: Omega Shipmanagement Inc. et al. v. Kolmar Americas Inc., Case No. 1:25-cv-10467-JLR, TLN File No. 3173**

Dear Judge Rochon,

We are counsel for Petitioners Omega Shipmanagement Inc. and Friends Capital Ltd. (collectively, "Petitioners").

Pursuant to Local Rule 37.2 and Your Honor's Individual Rules, Petitioners Omega Shipmanagement Inc. and Friends Capital Ltd. respectfully notify the Court that they intend to file a responsive letter to Kolmar Americas Inc.'s discovery dispute letter motion filed on September 21, 2026 (ECF No. 33).

Because the undersigned is presently on a long planned family vacation, Petitioners respectfully request that they be allowed to file a responsive letter no later than Monday, September 28, 2026, five business days from the original filing. We have conferred with counsel for Kolmar Americas Inc. and he consents to the requested additional days.

Request GRANTED. Petitioners' deadline to oppose Respondent's letter motion to compel, Dkt. 33, is extended to September 28, 2026. This order terminates the motion at Dkt. 34.

The Court will hold a virtual conference to discuss Respondent's motion on **October 6, 2026, at 4:00 p.m.** via Teams video conference. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646 453-4442 | Phone Conference ID: 115 958 453#.

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

We appreciate the Court's indulgence.

Respectfully submitted,

Thomas L. Tisdale