UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMEGA SHIPMANAGEMENT INC. and FRIENDS CAPITAL LTD.,

Petitioners,

-against-

KOLMAR AMERICAS INC.,

Respondent.

Case No. 1:25-cv-10467 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the October 6, 2026 discovery conference, Respondent's letter motion to compel is GRANTED in part. Petitioners are ordered to produce the search terms, custodians, and places searched with respect to Respondent's Requests for Production of Documents by **October 12, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 33 and 36.

Dated: October 6, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge