UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMEGA SHIPMANAGEMENT INC. and FRIENDS CAPITAL LTD.,

Petitioners,

-against-

KOLMAR AMERICAS INC.,

Respondent.

Case No. 1:25-cv-10467 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter request to extend the deadline for completing discovery from October 30, 2026, to November 30, 2026. *See* Dkt. 39. This is the second such request, with the first having been granted by this Court on August 3, 2026. *See* Dkt. 31 (extending discovery deadline from August 15, 2026, to October 30, 2026).

The parties' latest extension request is GRANTED. The discovery deadline is extended to **November 30, 2026**. Accordingly, the post-discovery conference currently scheduled for December 3, 2026, is adjourned to **January 14, 2027, at 11:00 a.m.** If a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than three weeks before the conference, file a letter as set forth in Section 3.I of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than two weeks before the conference.

Dated: October 26, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge