UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMEGA SHIPMANAGEMENT INC. and FRIENDS CAPITAL LTD.,<br>Petitioners,<br>-against-<br>KOLMAR AMERICAS INC,<br>Respondent. | Case No. 1:25-cv-10467 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated at the November 12, 2026 discovery conference, Respondent's letter motion to compel is GRANTED in part. Petitioners are ordered to search the relevant Interorient and Vessel sources for the time period September 1 through October 31, 2025 using eight additional search terms: cleaning, contamination, stowage, inspections, vetting, approval, voyage instructions, and cancellation. This search will be applied to all message fields and attachment contents.

Petitioners are also ordered to search WhatsApp messages for documents responsive to Respondent's requests.

The Court also extends the deadline to complete discovery to **December 18, 2026**. This Order terminates the motion at Dkt. 43.

Dated: November 12, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge