UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMEGA SHIPMANAGEMENT INC., and FRIENDS CAPITAL LTD.,

Petitioners,

-against-

KOLMAR AMERICAS INC.,

Respondent.

Case No. 1:25-cv-10467 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hold a virtual conference to address Respondent's letter motion to quash, *see* Dkt. 50, on **December 3, 2026 at 3:30 p.m.** via Teams video conference. Counsel shall submit an appearance sheet pursuant to the Court's individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided.

The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 165 401 044#.

Dated: November 24, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge